

NUMBER 13-11-00209-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SARA DUBOSE,                                                          Appellant,

v.

JERRY KAY DUBOSE, INDIVIDUALLY, AND
AS CO-TRUSTEE OF THE DUBOSE FAMILY TRUST,
& JOHN STEEN DUBOSE, INDIVIDUALLY, AND
AS CO-TRUSTEE OF THE DUBOSE FAMILY TRUST,
AND CHERYL DUBOSE & SAN SABA ROYALTY
COMPANY,                                                             Appellees.

## On Appeal from the County Court
## of Gonzales County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Vela, and Perkes
### Memorandum Opinion Per Curiam

The appellant's brief in the above cause was due on September 23, 2011. On

October 5, 2011, the Clerk of the Court notified appellant that the brief had not been timely

filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief. To date, no response has been received from appellant.

Appellant has failed to either reasonably explain her failure to file a brief, file a motion for extension of time to file her brief, or file her brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM

Delivered and filed the
3rd day of November, 2011.